**DISMISS; and Opinion Filed April 9, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01534-CV

**JEFFREY BORDOK, Appellant**
**V.**
**KELCY WARREN, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12565**

## MEMORANDUM OPINION

Before Justices Brown, Schenck, and Pedersen, III
Opinion by Justice Schenck

We **REINSTATE** this appeal.

Jeffrey Bordok filed a petition for permissive appeal. We abated this appeal to allow the parties to pursue a settlement. Before the Court is Mr. Bordok's motion to dismiss informing the Court that the parties have settled. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

181534F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JEFFREY BORDOK, Appellant

No. 05-18-01534-CV        V.

KELCY WARREN, Appellee

On Appeal from the 134th Judicial District Court, Dallas County, Texas

Trial Court Cause No. DC-16-12565.
Opinion delivered by Justice Schenck.
Justices Brown and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 9th day of April, 2019.